GERALD S. KIM
State Bar No. 249886
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(972) 661-7726 - Fax
File No. 3823994
ndcaecf@BDFGroup.com

Attorney for Movant
MIDFIRST BANK, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br>ROSE LYNN ACOSTA,<br><br><br><br><br><br>Debtor. | CASE NO.: 12-46576-RLE-13<br>CHAPTER: 13<br>R.S. NO.: EAT-1465<br><br>STIPULATION RE: ADEQUATE PROTECTION PAYMENTS<br>*[PROPERTY ADDRESS: 10 15TH STREET RICHMOND, CA 94801]*<br><br>CONTINUED HEARING<br>DATE: January 22, 2014<br>TIME: 1:30 p.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 201, 2nd Floor<br>1300 Clay Street<br>Oakland, California |

IT IS HEREBY STIPULATED by and between creditor MIDFIRST BANK, ("Movant"), through its attorneys of record, and debtor ROSE LYNN ACOSTA SMITH ("Debtor"), through her attorneys of record, as follows:

1. Until Movant makes a decision in writing on the Debtor's loan modification application, the Debtor shall make her regular monthly payments in the amount of $3,032.49 commencing January

01, 2014. The amount of these payments may be subject to change under the terms of the parties' original agreement.  All payments due Movant hereunder must be paid to Movant at the following address: **Midfirst Bank, 999 NW Grand Boulevard, Suite 110, Oklahoma City, OK 73118**.

2. If any payment is not timely received, Movant shall serve written notice upon the Debtor's attorney (by facsimile), allowing the Debtor fourteen (14) calendar days from the date of service to cure the default.  If Movant does not receive the amount in default before the expiration of said fourteen-day period, Movant may submit a declaration re: breach of condition and a proposed relief order to the Court.

3. If Debtor's loan modification application is denied, Movant may restore its Motion for Relief from the Automatic Stay to the court's calendar after fourteen (14) days written notice to all appropriate parties.

4. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law.

PREPARED AND SUBMITTED BY:
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

/s/ Gerald S. Kim_____                    Dated:  January 9, 2014
GERALD S. KIM, ESQ.
Attorneys for Movant

APPROVED AS TO FORM AND CONTENT:
LAW OFFICES OF PATRICK L. FORTE

/s/ Patrick L. Forte_____                    Dated:  January 09, 2014
PATRICK L. FORTE, ESQ.
Attorneys for Debtor